# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ANDERSON DIVISION

| | |
|---|---|
| **Shane Powell,** ) | Case No.: 8:19-cv-03322-DCC |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CONSENT AMENDED CONFERENCE** |
| ) | **AND** |
| **Ivan Louis Whidden and Celadon** ) | **SCHEDULING ORDER** |
| **Trucking Services, Inc. d/b/a Celadon** ) | |
| **Trucking d/b/a Celadon Trucking,** ) | |
| ) | |
| **Defendants.** ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the Court hereby establishes the following schedule for this case. This Scheduling Order is entered to administer the trial of this case in a manner consistent with the Federal Rules of Civil Procedure's goal of securing "the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

1. Defendants shall disclose, not later than **August 17, 2020**, any and all applicable insurance policy available from this accident.

2. Defendants shall disclose **August 17, 2020**, any Federal Motor Carrier Safety Administration (FMCSA) funds, trusts, or bonds that could be used to provide recovery from this accident.

3. Defendants shall disclose not later than **August 17, 2020**, any and all entities who will be providing for legal fees, and under what insurance policies or contractual provisions, for Defendants.

4. Both parties may send subpoenas prior to the FRCP 26(f) conference solely as it relates to FMCSA funds, trusts, or bonds.

5. Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than **August 31, 2020**.[1] At the conference, the parties shall confer concerning all matters set forth in Fed. R. Civ. P. 26(f) and whether the schedule set forth in this order is appropriate and, if not, what modifications are necessary. The parties shall

---

[1] Plaintiff's counsel shall initiate scheduling of the Fed. R. Civ. P. 26(f) conference with all counsel known to plaintiff regardless of whether they have filed appearances.

    also consider whether they wish to consent to trial before a United States Magistrate Judge. *See* Notice of Availability of United States Magistrate Judge, appended hereto.

6. <u>Rule 26(a)(1) Initial Disclosures</u>: The parties shall exchange the required initial disclosures[2] under Fed. R. Civ. P. 26(a)(1) no later than the date of the Rule 16 Pretrial Conference, which is discussed below. Additionally, the parties should be prepared to generally discuss the subject matter of these disclosures at the Rule 16 Pretrial Conference.

7. <u>Rule 16 Pretrial Telephone Conference</u>: The Court wishes to conduct a telephone conference with the attorneys of record pursuant to Fed. R. Civ. P. 16. The Court will conduct the Rule 16 telephone conference on **a date to be determined.** Matters to be taken up at the telephone conference will include all items identified in Rule 16(a) and (c). Additionally, counsel shall be prepared to provide the Court with an <u>oral</u> Rule 26(f) report.[3]

8. <u>Amendment of Pleadings</u>: Any motions to join other parties and to amend the pleadings shall be filed by **November 24, 2020**.

9. <u>Expert Disclosures</u>:

    A. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **February 22, 2021**.

    B. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **March 22, 2021**.

10. <u>Records Custodians</u>: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **July 9, 2021**. Objections to such affidavits must be made within 14 days after the service of the disclosures. See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3) (D.S.C.).

---

[2] Pursuant to Fed. R. Civ. P. 26(a)(1), the parties may, by stipulation, agree not to make some or all of the Rule 26(a)(1) initial disclosures. If such a stipulation is made, it shall be confirmed in writing between the parties. *See* Local Civil Rule 29.01 (D.S.C.)

[3] Given the procedures outline in this order, there is no need for the parties to file a written Rule 26(f) report, as required by many other judges in the District. Additionally, parties are here notified that Local Civil Rule 26.03 (D.S.C.) lists additional queries, which should be filed no later than 14 days after the Rule 16 Pretrial conference.

11. <u>Discovery</u>: Discovery shall be completed no later than **July 9, 2021**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.), and have had a telephone conference with Judge Coggins in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to coggins_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

12. <u>Motions</u>: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **July 30, 2021**.

13. <u>Mediation</u>: Mediation shall be completed in this case on or before **August 13, 2021**. See Judge Coggins' Standing Mediation Order (setting forth mediation requirements).

14. <u>Pretrial Disclosures</u>: No later than **September 17, 2021** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6).

15. <u>Motions in Limine</u>: Motions in limine must be filed no later than **September 3, 2021**. Written responses are due 7 days after the motion is filed.

16. <u>Pretrial Briefs and Exhibits</u>: Parties shall furnish the Court pretrial briefs 7 days prior to the date set for jury selection.[4] Local Civil Rule 26.05 (D.S.C.). Attorneys shall meet at least 7 days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. *See* Local Civil Rule 26.07 (D.S.C.).

17. <u>Jury Selection and Trial</u>: The case is subject to being called for jury selection and/or trial on or after **October 11, 2021**.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding The filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or orders that may be applicable to your case.

---

[4] The pretrial brief information found in Local Civil Rule 26.05(A)-(M) (D.S.C.) shall be submitted only to the Judge's chambers. However, pretrial brief information contained in Local Civil Rule 26.05(N)-(O) (D.S.C.) shall be served on opposing parties.

s/Donald C. Coggins, Jr.
United States District Judge

Dated: July 9, 2020
Spartanburg, South Carolina

Pursuant to Local Civil Rule 83.I.06 (D.S.C.), this Order is being sent to local counsel only.

**WE CONSENT:**

s/Marshall C. Crane
Marshall C. Crane, Fed. I.D. No. 12455
Mark S. Barrow, Fed. I.D. 1220
Sweeny, Wingate & Barrow, P.A.
P.O. Box 12129
Columbia, SC  29211
**Attorneys for Defendants**

s/Raymond T. Wooten
Raymond T. Wooten, Esquire
Smith Jordan Lavery, P.A.
P.O. Box 1207
Easley, SC  29641
**Attorney for Plaintiff**